

# United States District Court
# Eastern District of California

| | |
|---|---|
| DEBRA AMES, | |
| Plaintiff(s) | Case Number: 2:25-cv-02407-DJC-DMC |
| V. | |
| DOREL HOME FURNISHINGS, INC. et. al | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Rachel A. Remke _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

DOREL HOME FURNISHINGS, INC. _____

On ____11/01/2012____ (date), I was admitted to practice and presently in good standing in the

____Supreme Court of Illinois____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ____09/22/2025____    Signature of Applicant: /s/ ____Rachel Remke____

**Pro Hac Vice Attorney**

Applicant's Name: Rachel A. Remke

Law Firm Name: ArentFox Schiff LLP

Address: 233 South Wacker Drive, Suite 7100

City: Chicago    State: IL    Zip: 60606

Phone Number w/Area Code:

City and State of Residence: 312-258-5500

Primary E-mail Address: rachel.remke@afslaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Elise L. Bonine

Law Firm Name: ArentFox Schiff LLP

Address: 44 Montgomery Street, 38th Floor

City: San Francisco    State: CA    Zip: 94104

Phone Number w/Area Code: (415) 757-5500    Bar # 349871

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 22, 2025

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE